**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7608

MICHAEL GLENN SINGLETON,

Plaintiff - Appellant,

versus

SUPERINTENDENT CARROL, Johnston Correctional
Center; VALARIE SMITH, Programmer Johnston
Correctional Center; JENNIFER STRICKLAND,
Transfer Coordinator Johnston Correctional
Center; CHAPLAIN SHERMAN, Chaplain Johnston
Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (CA-04-487-5-BO)

Submitted:  February 16, 2005       Decided:  March 11, 2005

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Glenn Singleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Glenn Singleton appeals the district court's dismissal of his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we affirm the district court's dismissal of the case. See <u>Singleton v. Carrol</u>, No. CA-04-487-5-BO (E.D.N.C. Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>